ACCEPTED
15-25-00001-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/3/2025 6:03 PM
CHRISTOPHER A. PRINE
CLERK

**Case No. 15-25-00001-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/3/2025 6:03:29 PM
CHRISTOPHER A. PRINE
Clerk

## COURT OF APPEALS
## FOR THE
## FIFTEENTH DISTRICT OF TEXAS – AUSTIN

**CREATEAI HOLDINGS INC.,**

**Appellant,**

**v.**

**BOT AUTO TX INC.,**

**Appellee.**

**On Appeal from the 11th Judicial District of the Business Court of Harris County, Texas**
**Honorable Sofia Adrogué, President Judge**

### PLAINTIFF'S NOTICE OF NAME CHANGE

**Timothy J. McCarthy**
State Bar No. 24123750
tmccarthy@dykema.com
**Cliff P. Riley**
State Bar No. 24094915
criley@dykema.com
**Aaron J. Kotulek**
State Bar No. 24137483
akotulek@dykema.com
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

**Isaac Villarreal**
State Bar No. 24054553
ivillareal@dykema.com
**Amanda Gordon**
State Bar No. 24103737
agordon@dykema.com
DYKEMA GOSSETT PLLC
5 Houston Center
1401 McKinney St., Suite 1625
Houston, Texas 77010
Telephone: (713) 904-6900
Facsimile: (214) 462-6401

TO THE HONORABLE COURT:

Plaintiff, TuSimple Holdings, Inc. ("Plaintiff") is a party to this appeal, Case No. 15-25-00001-CV, pending in the Court of Appeals for the Fifteenth District of Texas - Austin. Plaintiff previously filed the requisite paperwork with the State of Delaware to legally change its name to CreateAI Holdings, Inc.[1] Plaintiff (henceforth "CreateAI") submitted its request to amend its Certificate of Incorporation to reflect its new name on December 11, 2024.[2] Plaintiff's request was approved by the Secretary of State for the State of Delaware on the same day.[3] Accordingly, Plaintiff requests that Defendant and this Court identify Plaintiff as CreateAI Holdings, Inc. in all future documents and communications. Plaintiff certifies that the modification of its name from TuSimple Holdings, Inc. to CreateAI Holdings, Inc. will not materially impact the interests of the Defendant in this suit.

Plaintiff has attached its certificate from the Delaware Secretary of State, showing that its name has been legally changed to CreateAI Holdings, Inc.[4] Accordingly, Plaintiff requests the Court take judicial notice of Plaintiff's new legal name. Plaintiff makes this request as the paperwork attached proves that Plaintiff's

---

[1] Exhibit A – Certificate of Amendment to the Certificate of Incorporation of TuSimple.
[2] *Id.*
[3] *Id.*
[4] *Id.*

name has been legally changed to CreateAI Holdings, Inc. and such fact is not subject to reasonable dispute.[5]

Dated: March 3, 2025

Respectfully submitted,

By: /s/ Timothy J. McCarthy

**Timothy J. McCarthy**
State Bar No. 24123750
tmccarthy@dykema.com
**Cliff P. Riley**
State Bar No. 24094915
criley@dykema.com
**Aaron J. Kotulek**
State Bar No. 24137483
akotulek@dykema.com
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

**Isaac Villarreal**
State Bar No. 24054553
ivillareal@dykema.com
**Amanda Gordon**
State Bar No. 24103737
agordon@dykema.com
**DYKEMA GOSSETT PLLC**
5 Houston Center
1401 McKinney St., Suite 1625
Houston, Texas 77010
Telephone: (713) 904-6900
Facsimile: (214) 462-6401

*Attorneys for Appellant,*
*CREATEAI HOLDINGS, INC.*

---

[5] *Id*.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record pursuant to the Texas Rules of Appellate Procedure on this 3rd day of March, 2025.

Joseph A. Fischer, III
Leisa Talbert Peschel
Tori C. Emery
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, TX 77010
tfisher@jw.com
lpeschel@jw.co
temery@jw.com

Richard Liu (*Pro Hac Vice)*
Innovative Legal Services, P.C.
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Richard.liu@consultils.com

By: */s/ Timothy J. McCarthy*

# EXHIBIT A



*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "TUSIMPLE HOLDINGS INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "CREATEAI HOLDINGS INC." ON THE ELEVENTH DAY OF DECEMBER, A.D. 2024, AT 8:08 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE NOT HAVING BEEN CANCELLED OR DISSOLVED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "CREATEAI HOLDINGS INC." WAS INCORPORATED ON THE TWENTY-THIRD DAY OF FEBRUARY, A.D. 2021.*



Jeffrey W. Bullock, Secretary of State

5042565  8320
SR# 20244475389

Authentication: 205115634
Date: 12-12-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lina Bryant on behalf of Timothy McCarthy
Bar No. 24123750
LBryant@dykema.com
Envelope ID: 98013478
Filing Code Description: Other Document
Filing Description: COA 3325 Plaintiffs Notice of Name Change 492410477347 v2
Status as of 3/4/2025 7:11 AM CST

Associated Case Party: Bot Auto TX Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicole Burkholder | | nburkholder@jw.com | 3/3/2025 6:03:29 PM | SENT |
| Leisa Peschel | 24060414 | lpeschel@jw.com | 3/3/2025 6:03:29 PM | SENT |
| Leisa Peschel | 24060414 | lpeschel@jw.com | 3/3/2025 6:03:29 PM | SENT |
| Alli Allman | | aallman@jw.com | 3/3/2025 6:03:29 PM | SENT |
| Victoria Emery | 24126228 | temery@jw.com | 3/3/2025 6:03:29 PM | SENT |
| Victoria Emery | 24126228 | temery@jw.com | 3/3/2025 6:03:29 PM | SENT |
| Joseph AFischer, III | | tfischer@jw.com | 3/3/2025 6:03:29 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph Fischer | 789292 | tfischer@jw.com | 3/3/2025 6:03:29 PM | SENT |
| Juana Sauceda | | jsauceda@jw.com | 3/3/2025 6:03:29 PM | SENT |
| Richard Liu | | richard.liu@consultils.com | 3/3/2025 6:03:29 PM | SENT |

Associated Case Party: TuSimple Holdings, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Timothy J.McCarthy | | TMcCarthy@dykema.com | 3/3/2025 6:03:29 PM | SENT |
| Sebastian Campos | | scampos@dykema.com | 3/3/2025 6:03:29 PM | SENT |